UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

BERRY, JR., ET AL.                                         CIVIL ACTION

VERSUS                                                     21-20-SDD-RLB

SMITH, ET AL.

### RULING

The Court, after carefully considering the *Motions*[1], the record, the law applicable to this action, and the *Report and Recommendations*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr., dated June 30, 2021, to which an *Objection*[3] was filed and also reviewed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY,**

**IT IS HEREBY ORDERED** that the *Motion to Amend Complaint*[4] is hereby DENIED.

**IT IS FURTHER ORDERED** the Court declines to exercise supplemental jurisdiction; the Defendants' *Motion to Dismiss*[5] is hereby GRANTED; the Plaintiffs' claims are hereby dismissed with prejudice; and this action is dismissed in its entirety.

Signed in Baton Rouge, Louisiana the 14 day of July, 2021.

CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Docs. 8 and 11.
[2] Rec. Doc. 13.
[3] Rec. Doc. 14.
[4] Rec. Doc. 8.
[5] Rec. Doc. 11.